UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David A. McCoy II, Jeffrey M. Johnson, Sr., | Case No. 25-cv-00054 (JRT/DTS) |
| Plaintiffs, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS** |
| Bob Jacobson, in his official capacity as the Commissioner of the Minnesota Department of Public Safety, | |
| Defendant. | |

Defendant Bob Jacobson, sued in his official capacity as Commissioner of the Minnesota Department of Public Safety, moves the Court to dismiss all claims brought against him by Plaintiffs, on the basis that the Complaint fails to state a claim for relief. Defendant's motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: <u>February 18, 2025</u>

KEITH ELLISON
Attorney General
State of Minnesota

<u>s/ Madeleine DeMeules</u>
AMANDA PRUTZMAN (#0389267)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 300-6807 (Voice)
(651) 282-5832 (Fax)
Madeleine.DeMeules@ag.state.mn.us

ATTORNEYS FOR DEFENDANT

|#5990956-v1