IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID A. MCCOY II, JEFFREY M. JOHNSON SR.<br><br>*Plaintiffs*,<br><br>vs.<br><br><br><br>BOB JACOBSON, in His official capacity as the Commissioner of the Department Of Public Safety,<br><br>*Defendant*. | CIVIL NO. 0:25-cv-00054<br><br><br><br><br><br>**PLAINTIFFS' LR 7.1(f) CERTIFICATION OF COMPLIANCE** |

    I represent Plaintiffs McCoy and Johnson in the above captioned matter. I hereby certify that the accompanying Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss complies with Local Rule 7.1(f), and (h). I further certify, that in preparing this document, I used Microsoft Word for Office 365, and this word processing program was applied specifically to include all text, including the headings, footnotes, and quotations in the following word count. I further certify that the above referenced document contains 5735 words and is in 13-point font.

|  |  |
|---|---|
| Kelly Keegan<br>Minnesota Bar No. 0386803<br>KEEGAN LAW OFFICE<br>1622 West Lake Street | */s/ Loren A. Seehase*<br>Loren A. Seehase*<br>Hawaii Bar No. 10414<br>LIBERTY JUSTICE CENTER<br>7500 Rialto Blvd., Suite 1-250 |

Minneapolis, MN 55408  
(612) 584-3834  
kkeegan@keeganlawoffice.com

Austin, TX 78735  
(512) 481-4400  
lseehase@libertyjusticecenter.org

*Counsel for Plaintiffs*  
*\* Admitted Pro Hac Vice*