UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID A. McCOY II<br><br>and<br><br>JEFFREY M. JOHNSON, SR.<br><br>*Plaintiffs,*<br><br>vs.<br><br>BOB JACOBSON,<br>Commissioner of the Department<br>Of Public Safety<br><br>*Defendant.* | Case No. 0:25-cv-00054<br><br>NOTICE OF DISMISSAL<br><br>(UNOPPOSED) |

Plaintiff David A. McCoy II, by counsel, moves to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Under Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice.

Dated: July 3, 2025

Respectfully submitted,

/s/ Ryan Morrison
Ryan Morrison (DC 1660582)
Duncan Crim (PA 335816)
LIBERTY JUSTICE CENTER
7500 Rialto Blvd
Suite 1-250
Austin, TX 78735
(512) 481-4400
rmorrison@libertyjusticecenter.org
dcrim@libertyjusticecenter.org
*Counsel for Plaintiff*
*Admitted Pro Hac Vice*